# EXHIBIT A

NOTICE OF REMOVAL
*Charles Blackwell v. Jamal Thomas*

Original - Court     2nd Copy - Plaintiff
3rd Copy - Defendant

| STATE OF MICHIGAN<br>THIRD JUDICIAL CIRCUIT<br>WAYNE COUNTY | SUMMONS | CASE NO.<br>25-013118-CZ<br>Hon.Muriel Hughes |
|---|---|---|

Court telephone no.: 313-224-2415

| Plaintiff's name(s), address(es), and telephone no(s)<br>Blackwell, Charles | | Defendant's name(s), address(es), and telephone no(s).<br>Thomas, Jamal |
|---|---|---|

v

| Plaintiff's attorney, bar no., address, and telephone no<br>Charles Blackwell<br>22655 Fairmont Dr, Apt 102<br>Farmington Hills, MI 48335 | |
|---|---|

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

### Domestic Relations Case

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. I have separately filed a completed confidential case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

### Civil Case

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035

☐ MDHHS and a contracted health plan may have a right to recover expenses in this case. I certify that notice and a copy of the complaint will be provided to MDHHS and (if applicable) the contracted health plan in accordance with MCL 400.106(4).

☐ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has been previously filed in ☐ this court, ☐_____ Court, where it was given case number _____ and assigned to Judge _____.

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date<br>8/25/2025 | Expiration date*<br>11/24/2025 | Court clerk<br>Carla Keefe |
|---|---|---|

Cathy M. Garrett- Wayne County Clerk.

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

**MC 01** (3/23)      **SUMMONS**      MCR 1.109(D), MCR 2.102(B), MCR 2.103, MCR 2.104, MCR 2.105



SUMMONS

Case No. : **25-013118-CZ**

## PROOF OF SERVICE

**TO PROCESS SERVER:**  You must serve the summons and complaint and file proof of service with the court clerk before the expiration date on the summons.  If you are unable to complete service you must return this original and all copies to the court clerk.

## CERTIFICATE OF SERVICE / NONSERVICE

☐ I served ☐ personally ☐ by registered or certified mail , return receipt requested, and delivery restricted to the addressee(copy of return receipt attached) a copy of the summons and the complaint, together with the attachments listed below, on:

☐ I have attempted to serve a copy of the summons and complaint, together with the attachments listed below, and have been unable to complete service on:

| Name | Date and time of service |
|---|---|
| Place or address of service | |
| Attachments (if any) | |

☐ I am a sheriff,deputy sheriff, bailiff, appointed court officer or attorney for a party.

☐ I am a legally competent adult who is not a party or an officer of a corporate party. I declare under the penalties of  perjury that this certificate of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled $ | Fee $ | | Signature |
|---|---|---|---|---|
| Incorrect address fee $ | Miles traveled $ | Fee $ | Total fee $ | Name (type or print) |

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received service of the summons and complaint, together with

_____ on _____
Attachments (if any)                                                                Date and time

_____ on behalf of _____.

Signature
_____

MCL 600.1910, MCR 2.104, MCR 2.105

**STATE OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

**CHARLES BLACKWELL**,                              Case No: CZ-_____
              Plaintiff,                        Hon Judge:

v.                                                                **JURY TRIAL DEMANDED**

**JAMAL THOMAS,** in his individual capacity;
            Defendant,
_____/
Charles Blackwell
22655 Fairmont Dr
Apt 102
Farmington Hills, MI, 48335
313-739-3597
cblack618@gmail.com
_____/

There are no other pending or resolved civil actions arising out of the transaction or
occurrence alleged in this Complaint.

**COMPLAINT FOR DECLARATORY, INJUNCTIVE RELIEF,**
**AND DAMAGES UNDER 42 U.S.C. § 1983**

**NOW COMES** Plaintiff, Charles Blackwell, hereby submits his Complaint against

Defendant Jamal Thomas, and alleges as follows:

**NATURE OF ACTION**

1. This is a civil rights action brought pursuant to 42 U.S.C. § 1983 seeking

   declaratory relief, injunctive relief, and monetary damages (compensatory,

   punitive, and nominal) arising from Defendant Jamal Thomas's retaliation against

   Plaintiff Blackwell for exercising rights protected under the First Amendment to

   the United States Constitution.

Document received by the MI Wayne 3rd Circuit Court.

1

2. Defendant, Jamal Thomas, acting under color of state law, threatened to permanently block Plaintiff Blackwell's access to an official government communication channel — his City of Highland Park government email account — in direct response to Plaintiff Blackwell's request for greater government transparency.

3. Such conduct constitutes unlawful retaliation and a violation of Plaintiff Blackwell's clearly established First Amendment constitutional rights.

## PARTIES

4. Plaintiff Charles Blackwell is a citizen of the United States, a resident of Oakland County, Michigan, and a government transparency advocate who regularly monitors municipal operations and public records.

5. Defendant Jamal Thomas is, and at all times relevant was, the duly elected President of the Highland Park City Council. He resides in Wayne County, Michigan. Plaintiff Blackwell sues Defendant Thomas in his individual capacity.

## JURISDICTION AND VENUE

6. This action arises under the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

7. Venue is proper in the Wayne County Circuit Court because the events giving rise to this action occurred in Wayne County, Michigan, where Defendant Thomas resides and where he performed his duties as a Highland Park City Council member. The amount in controversy exceeds $25,000.00.

## FACTUAL ALLEGATIONS

Document received by the MI Wayne 3rd Circuit Court.

8. Plaintiff Blackwell is a local government watchdog who advocates for transparency, accountability, and open government.

9. Plaintiff Blackwell regularly monitors City of Highland Park government operations and virtually attends or reviews Highland Park City Council meetings.

10. Defendant Thomas is the Highland Park City Council President.

11. It is customary practice for many municipal governments to post their full City Council agenda packets online for public review. The City of Highland Park does not follow this practice.

12. On August 6, 2025, Plaintiff Blackwell exercised his First Amendment right to petition the government by emailing Defendant Thomas at his official City of Highland Park email address (jkthomas@highlandparkmi.gov). In his correspondence, Plaintiff Blackwell requested an opportunity to discuss, via telephone, his concerns regarding the City of Highland Park's failure to post city council agenda packets online for public access. **See Exhibit A**.

13. Defendant Thomas responded the same day, demanding that Plaintiff Blackwell disclose where he resides or stays, and stating that if Plaintiff failed to provide this information, Defendant Thomas would block Plaintiff's email address from contacting him further through his official City of Highland Park government account:

> "Mr. Blackwell you will find me uninterested in circle time games or circular logic. *You will get this one shot to interact with me and after that, I'll simply block you like spam*. Please don't waste my time."

**See Exhibit B**.(emphasis added)

3

Document received by the MI Wayne 3rd Circuit Court.

14. Defendant Thomas further noted in his response that "Bottom line is that this email conversation, and *access to my email permanently ends without the answer to the primary question*." **See Exhibit B**. (emphasis added).

15. Defendant Thomas's response email to Plaintiff Blackwell contains an official email signature identifying him as "President, Highland Park City Council" and listing "12050 Woodward Avenue, Highland Park, MI 48203," which is the physical address of the Highland Park City Hall. This underscores that the email and the email address in question were used pursuant to Defendant Thomas's official role as a government official and that his actions were taken under color of state law. **See Exhibit B.**

16. Defendant Jamal Thomas's threat to "permanently block" Plaintiff Blackwell from further communication through an official government account — his City of Highland Park government email account — constitutes a threat of adverse action against protected speech.

17. Defendant's motivation was directly linked to Plaintiff's expressed concerns about government transparency — matters of clear public interest.

### COUNT 1 - Violation of First Amendment

### (Defendant Jamal Thomas) (Individual Capacity)

### (42 U.S.C § 1983) (First Amendment Retaliation)

18. Plaintiff Blackwell re-alleges and re-incorporate the preceding paragraphs as though fully set forth herein.

19. To state a claim for retaliation under the First Amendment, Plaintiff Blackwell must show: (1) he engaged in protected conduct, (2) Defendant Thomas took an

Document received by the MI Wayne 3rd Circuit Court.

adverse action that would deter a person of ordinary firmness from engaging in that conduct, and (3) a causal connection exists between the protected conduct and the adverse action. *Thaddeus-X v. Blatter*, 175 F.3d 378, 394 (6th Cir. 1999) (*en banc*).

20. Plaintiff Blackwell engaged in protected speech by petitioning the government when he emailed Defendant Thomas to advocate for greater governmental transparency, specifically requesting that the City of Highland Park make its City Council agenda packets publicly available on the City's website. Such advocacy regarding public access to government records constitutes speech on a matter of public concern and is fully protected under the First Amendment. See *Borough of Duryea v. Guarnieri*, 564 U.S. 379, 388–89 (2011) (holding that petitions to the government for redress are protected when they address matters of public concern).

21. Defendant's explicit threat to permanently block Plaintiff Blackwell from using an official government communication channel — his City of Highland Park government email account — constitutes an adverse action capable of deterring a person of ordinary firmness from continuing such advocacy. See *Hill v. Lappin*, 630 F.3d 468, 472 (6th Cir. 2010) (stating "[e]ven the threat of an adverse action can satisfy this element if the threat is capable of deterring a person of ordinary firmness from engaging in the protected conduct.").

22. A causal connection exists because Defendant Thomas's threat to permanently block Plaintiff Blackwell's email address followed immediately after Plaintiff's protected email and was made explicitly in response to its content.

Document received by the MI Wayne 3rd Circuit Court.

23. Under *Lindke v. Freed*, 601 U.S. 187 (2024), when government officials restrict citizens' access to official communication channels, it implicates the First Amendment. Defendant's threat falls squarely within this prohibition.

24. At the time of Defendant's actions, it was clearly established that government officials cannot retaliate against citizens for engaging in protected speech. See *Bloch v. Ribar*, 156 F.3d 673, 678 (6th Cir. 1998).

25. Defendant Thomas is not entitled to qualified immunity because it was clearly established that government officials could not retaliate with an adverse action such as threatening to block a citizen for engaging in protected speech.

26. As a direct and proximate result of Defendant's unconstitutional actions, Plaintiff Blackwell suffered:

    - Violation of his First Amendment rights;

    - Emotional distress and frustration;

    - Chilling of his right to petition the government.

27. Plaintiff Blackwell seeks compensatory damages, nominal damages, and punitive damages to deter similar future misconduct.

### RELIEF REQUESTED

**WHEREFORE**, Plaintiff Charles Blackwell requests that this Court enter the following relief against Defendant, Jamal Thomas, as follows:

**A**. Issue a declaratory judgment pursuant to 42 U.S.C. § 1983 declaring that Defendant Thomas retaliated against Plaintiff for exercising his First Amendment rights.

Document received by the MI Wayne 3rd Circuit Court.

**B**. Issue an preliminary and permanent injunction enjoining Defendant Thomas from retaliating against Plaintiff Blackwell for engaging in speech protected by the First Amendment.

**C**. Pursuant to 42 U.S.C. § 1983, award Plaintiff punitive, compensatory, and nominal damages for the deprivation of his First Amendment right.

**D**. Grant any further relief the Court deems appropriate, just and proper.


Dated: August 23rd, 2025

Respectfully submitted,

By: /s/CharlesBlackwell
Charles Blackwell
22655 Fairmont Dr
Apt 102
Farmington Hills, MI, 48335
313-739-3597
cblack618@gmail.com

Document received by the MI Wayne 3rd Circuit Court.

7

## INDEX OF EXHIBITS

**EXHIBIT A: Plaintiff Blackwell's August 6th, 2025 Email**

**EXHIBIT B: Defendant Thomas August 6th, 2025 Response Email**

Document received by the MI Wayne 3rd Circuit Court.

**EXHIBIT A: Plaintiff Blackwell's August 6th, 2025 Email**

Document received by the MI Wayne 3rd Circuit Court.



**Charles Blackwell <cblack618@gmail.com>**

---

## Citizen Request

---

**Charles Blackwell** <cblack618@gmail.com>                    Wed, Aug 6 at 3:00 PM
To: <citycouncil@highlandparkmi.gov>
Cc: Adrienne Brinkley <abrinkley@highlandparkmi.gov>, Green, Brenda <clerkgreen@highlandparkmi.gov>, Cidia Wicker
Brown <wickerbrown@highlandparkmi.gov>, McDonald <gmcdonald@highlandparkmi.gov>, Clyburn, Carlton
<cclyburn@highlandparkmi.gov>, Cathy Square <csquare@highlandparkmi.gov>

Jamal Thomas

Will you take my phone about why you won't make it a priority to make sure that City Council packets are posted to the
City's website so that citizens can be fully informed?



Document received by the MI Wayne 3rd Circuit Court.

**EXHIBIT B: Defendant Thomas August 6th, 2025 Response Email**

Document received by the MI Wayne 3rd Circuit Court.

 Gmail

**Charles Blackwell <cblack618@gmail.com>**

## Citizen Request

**Jamal Thomas** <jkthomas@highlandparkmi.gov>                    Wed, Aug 6 at 3:17 PM
To: Charles Blackwell <cblack618@gmail.com>

Mr. Blackwell you will find me uninterested in circle time games or circular logic. You will get this one shot to interact with me, and after that, I'll simply block you like spam. Please don't waste my time.

You asked if I would meet with you. I asked if you were a citizen, and where in the city you live? You didn't reply. Maybe you have unlimited free time to engage in fruitless activities, but I don't. You want to meet with me, tell me where you are and I meet you in person. Come to city hall, or pick a random street corner, but follow through on your request. Honestly, with your vast profile of knowledge, I don't know how you even have time for Highland Park. You should be somewhere, doing something......shouldn't you? Bottom line is that this email conversation, and access to my email permanently ends without the answer to the primary question. Come from behind the computer screen, or just stay there.

Jamal K. Thomas, MADR
President, Highland Park City Council
12050 Woodward Avenue, Highland Park, MI 48203

**From:** Charles Blackwell <cblack618@gmail.com>
**Sent:** Wednesday, August 6, 2025 3:08 PM
[Quoted text hidden]

Document received by the MI Wayne 3rd Circuit Court.